DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Murphy, | Case No. 2:18-cv-01806-KJM-CKD |
| Plaintiff, | Assigned to Hon. William B. Shubb |
| vs. | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| BANK OF AMERICA, N.A., CHASE BANK USA, N.A., and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | [Fed. R. Civ. P. 6; L.R. 144] |

The Court, having considered the stipulation submitted herewith, enters the following order:

The deadline for Defendant JPMorgan Chase Bank, N.A. to file a response to the Complaint is extended to August 20, 2018.

IT IS SO ORDERED.

Dated: July 16, 2018

_/s/ William B. Shubb_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1
PROPOSED ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT