DYKEMA GOSSETT LLP
333 SOUTH GRAND AVENUE
SUITE 2100
LOS ANGELES, CA 90071

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elizabeth Murphy, | Case No. 2:18-cv-01806-WBS-DB |
| Plaintiff, | |
| vs. | **ORDER GRANTING STIPULATION TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |
| BANK OF AMERICA, N.A., CHASE BANK USA, N.A., and EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

The Court, having considered the stipulation submitted herewith, enters the following order:

The deadline for Defendant JPMorgan Chase Bank, N.A. to file a response to the Complaint is extended to September 19, 2018.

IT IS SO ORDERED.

Dated: August 20, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE