**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, CA 92110
Telephone: (619) 356-8960
Facsimile: (619) 330-7610

*Attorneys for Plaintiff*,
Elizabeth Murphy

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ELIZABETH MURPHY,**<br><br>Plaintiff,<br><br>v.<br><br>**BANK OF AMERICA, N.A. ET AL.**<br><br>Defendant. | Case No.: 18-cv-1806-WBS-DB<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE**<br><br>**HON. WILLIAM B. SHUBB** |

Plaintiff Elizabeth Murphy (hereinafter "Plaintiff") and Defendant Equifax Information Services LLC (hereinafter "Equifax") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant Equifax from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

///

///

---

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL**    PAGE 1 OF 2

| | | |
|---|---|---|
| Dated: November 21, 2018 | | Respectfully submitted, |

                                                **C.O. LAW, APC**

                                        By: /s/ Clark Ovruchesky
                                                    Clark Ovruchesky
                                                      ATTORNEYS FOR PLAINTIFF

Dated: November 21, 2018            Respectfully submitted,

                                              **NOKES & QUINN**

                                        By: /s/ Thomas P. Quinn, Jr.
                                                    Thomas P. Quinn, Jr.
                                                    ATTORNEYS FOR DEFENDANT
                                                    EQUIFAX INFORMATION SERVICES LLC

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

Dated: November 21, 2018                         **C.O. LAW, APC**

                                          By:   /s/ Clark Ovruchesky
                                                      Clark Ovruchesky
                                                      ATTORNEYS FOR PLAINTIFF

## ORDER

     PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of Plaintiff Elizabeth Murphy ("Plaintiff") against Defendant Equifax Information Services LLC ("Equifax") are dismissed, with prejudice. Plaintiff and Equifax shall each bear their own costs and attorneys' fees.

Dated: November 21, 2018

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is C.O. LAW, APC, 3148 Midway Dr. Suite 203, San Diego, California 92110. On November 21, 2018, I served the within document(s):

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO EQUIFAX INFORMATION SERVICES LLC, WITH PREJUDICE**

☒     CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on November 21, 2018 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF